SIDNEY BENJAMIN, an Infant, by MORRIS BENJAMIN, His Guardian ad Litem, and MORRIS BENJAMIN, Respondents, v. HERMAN TREBATCH, Defendant, and MARCUS CONTRACTING CO., INC., Appellant.— Judgment in favor of infant plaintiff in the sum of $10,182.60 for personal injuries, and in the sum of $500 in favor of

plaintiff Morris Benjamin for loss of services and expenses, affirmed, with costs. No opinion. Carswell, Scudder, Tompkins and Davis, JJ., concur; Johnston, J., dissents and votes for reversal upon the ground that the verdict of the jury is against the weight of the evidence as to the negligence of defendant Marcus Contracting Co., Inc.